447 F.2d 489
 UNITED STATES of America, Plaintiff-Appellee,
v.
Luther Hugh HULETT, Defendant-Appellant.
 No. 71-1264 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 September 13, 1971.
 
 Appeal from the United States District Court for the Middle District of Georgia; J. Robert Elliott, Judge.
 William C. Calhoun, Augusta, Ga., for defendant-appellant.
 Wm. J. Scholoth, U. S. Atty., Ronald T. Knight, Macon, Ga., for plaintiff-appellee.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Judgment affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)